IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS,<br><br>Debtors,<br><br>STATE FARM BANK, F.S.B.,<br><br>Movant<br><br>v.<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS, and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>Respondents | Bankruptcy No. 15-19054-amc<br><br>Chapter 13<br><br>Related to Doc. Nos. 30 and 31 |

### CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING ON MOTION

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 25th day of July, 2016, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 30) and a copy of the Notice of Motion, Response Deadline and Hearing on Motion (filed at Document No. 31) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Via first class U.S. Mail:

Michael P Reynolds
Kathleen Reynolds
635 Clay Drive
Conshohocken, PA 19428

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

and:

Via electronic mail:

Brad J. Sadek, Esq.                                             brad@sadeklaw.com
Office of the United States Trustee                             ustpregion03.ph.ecf@usdoj.gov

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135