IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS,<br><br>　　　　　　　Debtors,<br><br>STATE FARM BANK, F.S.B.,<br><br>　　　　　　　Movant<br>　　v.<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS, and<br>WILLIAM C. MILLER,  Ch. 13 Trustee,<br><br>　　　　　　　Respondents | Bankruptcy No. 15-19054-amc<br><br>Chapter 13<br><br>Related to Doc. Nos. 30 and 31 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE

　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 30 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than August 9, 2016.

　　　It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: August 10, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Peter J. Ashcroft
　　　　　　　　　　　　　　　　　　　　　　　Peter J. Ashcroft, Esq.
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. #87317
　　　　　　　　　　　　　　　　　　　　　　　pashcroft@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Bernstein-Burkley, P.C.
　　　　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2200, Gulf Tower
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　(412) 456-8107
　　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 456-8135

　　　　　　　　　　　　　　　　　　　　　　　Counsel for State Farm Bank, F.S.B.