IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-19054-amc |
| MICHAEL P. REYNOLDS, and KATHLEEN REYNOLDS, | Chapter 13 |
| Debtors, | Document No. |
| STATE FARM BANK, F.S.B., | |
| Movant | |
| v. | |
| MICHAEL P. REYNOLDS, and KATHLEEN REYNOLDS, and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 23rd day of Aug_____, 2016, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a. Relief from the Automatic Stay is granted as to the interest of State Farm Bank, F.S.B., in the 2010 Jeep Compass Utility 4D Limited 4WD 2.4L I4, VIN 1J4NF5FBXAD512220; and,

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order; and

c. Debtors' will cooperate fully with the surrender of the Vehicle.

BY THE COURT:

Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge