United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael P Reynolds
Kathleen Reynolds
    Debtors

Case No. 15-19054-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 23, 2016
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
db/jdb     +Michael P Reynolds,    Kathleen Reynolds,    635 Clay Drive,    Conshohocken, PA 19428-1102
13732877     +State Farm Bank F.S.B.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    State Farm Bank F.S.B. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    BRAD J. SADEK    on behalf of Debtor Michael P Reynolds brad@sadeklaw.com
    BRAD J. SADEK    on behalf of Joint Debtor Kathleen Reynolds brad@sadeklaw.com
    PETER J. ASHCROFT    on behalf of Creditor    State Farm Bank F.S.B. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS,<br><br>Debtors,<br><br>STATE FARM BANK, F.S.B.,<br><br>Movant<br><br>v.<br><br>MICHAEL P. REYNOLDS, and<br>KATHLEEN REYNOLDS, and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>Respondents | Bankruptcy No. 15-19054-amc<br><br>Chapter 13<br><br>Document No. |

## ORDER OF COURT

AND NOW, this 23rd day of Aug, 2016, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

    a.    Relief from the Automatic Stay is granted as to the interest of State Farm Bank, F.S.B., in the 2010 Jeep Compass Utility 4D Limited 4WD 2.4L I4, VIN 1J4NF5FBXAD512220; and,

    b.    The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order; and

    c.    Debtors' will cooperate fully with the surrender of the Vehicle.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge