## UNITED STATES BANKRUPTCY COURT
Eastern District Of Pennsylvania

**IN RE:** MICHAEL P REYNOLDS; KATHLEEN REYNOLDS

**CASE NO:** 1519054

### NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 10 from the Chapter 13 Trustee should be sent to the following address:

**OLD Payments Address:**
Wells Fargo Bank, N.A.
PO Box 660553
Dallas, TX  75266-0553

**NEW Payments Address:**
Wells Fargo Bank, N.A.
PO Box 14487
Des Moines, IA 50309

/s/   Trang V Truong
Trang V Truong
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-877-455-9946
Email address: wffbankruptcy@wellsfargo.com

BKCOADDR (12/2018)