Certificate Number: 03088-PAE-DE-035164439

Bankruptcy Case Number: 15-19054



03088-PAE-DE-035164439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 9, 2020</u>, at <u>6:22</u> o'clock <u>PM CST</u>, <u>Michael P Reynolds</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 9, 2020</u>           By:   <u>/s/Brianna M Glynn</u>

                                        Name:   <u>Brianna M Glynn</u>

                                        Title:   <u>Counselor</u>