Certificate Number: 03088-PAE-DE-035164440

Bankruptcy Case Number: 15-19054



03088-PAE-DE-035164440

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2020, at 6:22 o'clock PM CST, Kathleen Reynolds completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 9, 2020                By:    /s/Brianna M Glynn

                                        Name:  Brianna M Glynn

                                        Title: Counselor