United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-19054-elf

Michael P Reynolds  Chapter 13

Kathleen Reynolds

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2

Date Rcvd: Feb 12, 2021  Form ID: trc  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 13709935 | STATE FARM BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor State Farm Bank F.S.B. agornall@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Michael P Reynolds brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Kathleen Reynolds brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor State Farm Bank F.S.B. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| PETER J. ASHCROFT | on behalf of Creditor State Farm Bank F.S.B. pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2021 | Form ID: trc | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor State Farm Bank F.S.B. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-19054-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael P Reynolds<br>635 Clay Drive<br>Conshohocken PA 19428 | Kathleen Reynolds<br>635 Clay Drive<br>Conshohocken PA 19428 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/12/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: STATE FARM BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 | Afni, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/14/21

Tim McGrath
**CLERK OF THE COURT**