United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 15-19054-elf
Michael P Reynolds                                                                          Chapter 13
Kathleen Reynolds
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 3
Date Rcvd: Jun 11, 2021          Form ID: 3180W          Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael P Reynolds, Kathleen Reynolds, 635 Clay Drive, Conshohocken, PA 19428-1102 |
| 14598743 | | Freedom Mortgage Corporation, C/O ROUNDPOINT MORTGAGE SERVICING, 446 Wrenplace Road Fort Mill, SC 29715 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2021 01:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 12 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2021 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2021 01:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14582630 | | EDI: BL-BECKET.COM | Jun 12 2021 03:23:00 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13725341 | + | Email/Text: bncmail@w-legal.com | Jun 12 2021 01:26:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13649413 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2021 01:25:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13732233 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 12 2021 01:25:00 | Citizens Bank, N.A., 1 Citizens Drive, ROP15B, Riverside, RI 02915 |
| 13652594 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jun 12 2021 01:25:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 13705339 | + | EDI: MID8.COM | Jun 12 2021 03:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13716606 | | EDI: PRA.COM | Jun 12 2021 03:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13679021 | | EDI: Q3G.COM | Jun 12 2021 03:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13688311 | | EDI: Q3G.COM | Jun 12 2021 03:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13725351 | + | Email/Text: bncmail@w-legal.com | Jun 12 2021 01:26:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 16 |

| | | | 400, SEATTLE, WA 98121-3132 |
|---|---|---|---|
| 13713412 | EDI: WFFC.COM | Jun 12 2021 03:23:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor State Farm Bank F.S.B. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Michael P Reynolds brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Kathleen Reynolds brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor State Farm Bank F.S.B. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| PETER J. ASHCROFT | on behalf of Creditor State Farm Bank F.S.B. pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor State Farm Bank F.S.B. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| TRANG V TRUONG | on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 16 |

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael P Reynolds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9677<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathleen Reynolds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2192<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 15-19054-elf | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael P Reynolds                    Kathleen Reynolds

<u>6/10/21</u>                         **By the court:** <u>Eric L. Frank</u>
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**