United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-19054-elf |
| Michael P Reynolds | Chapter 13 |
| Kathleen Reynolds | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael P Reynolds, Kathleen Reynolds, 635 Clay Drive, Conshohocken, PA 19428-1102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |
| | on behalf of Creditor State Farm Bank F.S.B. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Michael P Reynolds brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Kathleen Reynolds brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor State Farm Bank F.S.B. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: 195 | Total Noticed: 1 |

on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com

PETER J. ASHCROFT
    on behalf of Creditor State Farm Bank F.S.B. pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor State Farm Bank F.S.B. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor State Farm Bank F.S.B. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Michael P Reynolds and Kathleen Reynolds  : Case No. 15−19054−elf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , June 21,2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

54
Form 195